O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY GENE POWELL, | ) | No. CV 06-1758-CAS(CW) |
| Petitioner, | ) ) | ORDER ACCEPTING REPORT |
| v. | ) ) | AND RECOMMENDATION OF UNITED STATES |
| JOE NORWOOD (Warden), | ) ) | MAGISTRATE JUDGE |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto.  The court has made a <u>de novo</u> determination with respect to those portions of the Report and Recommendation as to which objection has been made.

    Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 6, filed May 2, 2006) be granted; and (3) that judgment be entered dismissing this action, without prejudice, for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on the parties.

DATED: December 11, 2008

_____
CHRISTINA A. SNYDER
United States District Judge