JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY GENE POWELL, | ) | No. CV 06-1758-CAS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JOE NORWOOD (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, for failure to exhaust administrative remedies.

DATED: December 11, 2008

CHRISTINA A. SNYDER
United States District Judge